IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES AND VIRGINIA
BARNES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellants,

CASE NO. 1D14-493

v.

BERKSHIRE PLANNED
COMMUNITY HOMEOWNERS
ASSOCIATION, INC., et al.,

     Appellee.

_____/

Opinion filed November 7, 2014.

An appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

Charles Stambaugh of Stambaugh & Associates, P.A., Jacksonville, for Appellants.

Michael Fox Orr and Jeremy M. Paul of Dawson/Orr Professional Association, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

BENTON, VAN NORTWICK, and CLARK, JJ., CONCUR.